# Notice Recipients

| | | | |
|---|---|---|---|
| District/Off: 0207−1 | User: admin | | Date Created: 01/30/2026 |
| Case: 1−26−40545−ess | Form ID: 309I | | Total: 24 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | Marie Paul Noel | 168 Todt Hill Road | Staten Island, NY 10314 |
| jdb | Pierre Joseph Noel | 168 Todt Hill Road | Staten Island, NY 10314 |
| tr | Krista M Preuss | Krista M. Preuss, Chapter 13 Trustee | 100 Jericho Quadrangle Ste 127 Jericho, NY 11753 |
| aty | Jenee K Ciccarelli | Wenarsky and Goldstein, LLC | 410 State Route 10 West Ste 214 Ledgewood, NJ 07852 |
| smg | Office of the United States Trustee | Eastern District of NY (Brooklyn) | Alexander Hamilton Custom House One Bowling Green, Room 510 New York, NY 10004−1408 |
| 10649200 | AFFIRM INC | 650 CALIFORNIA ST FL 12 | San Francisco, CA 94108 |
| 10649201 | ALLY FINANCIAL | 200 RENAISSANCE CTR # B0 | DETROIT, MI 48243 |
| 10649202 | Cenlar | PO Box 77404 | Staten Island, NY 10314−5411 |
| 10649203 | ConEd | Attn: Law Department 4 Irving Place Rm 1875 | New York, NY 10003 |
| 10649204 | DEPT OF EDUCATION/NELN | 121 S 13TH ST | LINCOLN, NE 68508 |
| 10649205 | Druckman Law Group PLLC | 242 Drexel Avenue | Westbury, NY 11590 |
| 10649207 | HOLIDAY INN CLUB VACAT | 8505 W IRLO BRONSON MEMO | KISSIMMEE, FL 34747 |
| 10649206 | HOLIDAY INN CLUB VACAT | 8505 W IRLO BRONSON MEMO | Kissimmee, FL 34747 |
| 10649209 | IRS | Attn: Centralized Insolvency PO Box 7346 | Philadelphia, PA 19101 |
| 10649208 | Internal Revenue Service | Philadelphia, PA 19101 P.O. Box 7346 | Philadelphia, PA 19101 |
| 10649210 | Lancaster General Health | 555 N Duke St | Lancaster, PA 17602 |
| 10649212 | NAVIENT SOLUTIONS | PO BOX 9655 | WILKES BARRE, PA 18773 |
| 10649214 | NYC Water Board | PO Box Box 11863 | Newark, NJ 07101−8163 |
| 10649211 | National Grid | 40 Sylvan Rd. | Waltham, MA 02451 |
| 10649213 | New York State Div. Taxation | Bankruptcy/Special Procedures Section Po Box 5300 | Albany, NY 12205−0300 |
| 10649215 | Port Authority NY and NJ | 225 Park Avenue South 18th Floor | New York, NY 10003 |
| 10649216 | REACH FINANCIAL LLC | 180 MAIDEN LN FL 28 | NEW YORK, NY 10038 |
| 10649217 | SHELLPOINT MORTGAGE | 601 OFFICE CENTER DR STE | FORT WASHINGTON, PA 19034 |
| 10649218 | Synchrony Bank | Attn: Bankruptcy PO Box 965064 | Orlando, FL 32896 |

TOTAL: 24